# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALTER CUNNINGHAM,**

    **Plaintiff,**

**vs.**                                                                                              **4:06-CV-437-SPM**

**JOHN HANCOCK,**

    **Defendant.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) dated March 22, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

2.This case is *dismissed without prejudice.*

**DONE AND ORDERED** this twenty-ninth day of April, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge